```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

BUTCH THREADGILL, TOM WEEM                      CIVIL ACTION
AND GENERAL CONTRACTING AND
CONSULTING SERVICES, LLC

VERSUS                                          NO: 02-1122

ORLEANS PARISH SCHOOL BOARD,                    SECTION: R
ET AL.

## ORDER

IT IS ORDERED that the Court's February 28, 2013 order and reasons granting the motion to dismiss by the City of New Orleans is clarified as follows:

Plaintiffs have 14 days to amend their complaint.

New Orleans, Louisiana, this 28th day of February, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE