UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BUTCH THREADGILL, TOM WEEMS and GENERAL CONTRACTING and CONSULTING SERVICES, LLC | * * * * | CIVIL ACTION NO. 02-1122 c/w NO. 02-1460 |
| VERSUS | * * | |
| ORLEANS PARISH SCHOOL BOARD TRAVELERS INSURANCE COMPANY MITCH CRUSTO d/b/a ANGELIC ASSET MANAGEMENT | * * * * | SECTION "R" MAGISTRATE (1) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE JOINT MOTION OF DEFENDANTS AND DEFENDANT IN CROSS-CLAIMS FOR RULE 54(b) CERTIFICATION OF JUDGMENT AS FINAL

Defendants, the City of New Orleans (the "City"), the Orleans Parish School Board ("OPSB"), and the Defendant in cross-claim, Mitchell F. Crusto ("Mr. Crusto"), each appearing through respective undersigned counsel, respectfully move the Court for entry of a partial final judgment dismissing the claims of the plaintiffs herein, Charles "Butch" Threadgill ("Threadgill"), Tom Weems ("Weems") and General Contracting and Consulting, LLC ("GCCS") for the following reasons:

**I.**

The Court has dismissed all claims of the plaintiffs against the defendants, the City and OPSB. See "Order and Reasons" dated February 28, 2013, in which the Court dismissed the claims of all three plaintiffs, but granted leave to amend. Document number ("Doc. No.") 156. The plaintiff Weems failed to file an amended complaint, and thus his claims were dismissed by the February 28, 2013 Order and Reasons.

**II.**

The plaintiffs Threadgill and GCCS filed a timely consolidated amended complaint (Doc. No. 166) on April 3, 2013. By separate "Order and Reasons" issued on October 7, 2013, the Court dismissed the claims of Threadgill and GCCS against the City (Doc. No. 248), and the claims of Threadgill and GCCS against OPSB (Doc. No. 249).

**III.**

Thus, the court has dismissed all the claims of the plaintiffs against the defendants, and there is no just reason to delay entry of a partial final judgment in favor of the City and OPSB, dismissing the claims of all plaintiffs.

**WHEREFORE,** the defendants, the City of New Orleans and the Orleans Parish School Board, and the defendant in cross-claims Mitchell F. Crusto, jointly move the Court to enter a final judgment pursuant to Federal Rule of Civil Procedure 54(b),

SHARONDA R. WILLIAMS, (LSB #28809)
CITY ATTORNEY
srwilliams@nola.gov

1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868
**Attorneys for defendant, City of New Orleans**

*/s/ Galen S. Brown*
GALEN S. BROWN, (LSB #3556)
**HAMILTON & BROWN, LLC**
A PROFESSIONAL LAW CORPORATION
PAN AMERICAN LIFE CENTER
601 POYDRAS STREET, SUITE 1625
NEW ORLEANS, LOUISIANA 70130
Telephone: (504) 566-1805
Facsimile: (504) 566-1569
Email: gbrown@hamiltonfirm.net
**Attorneys for Defendant**
**In Cross-claims Mitchell F. Crusto**

I, Galen S. Brown, am the ECF User whose ID and Password are being used to file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). I attest that DeWayne Williams and Eraka Williams DeLarge have concurred in this filing.

*/s/ Galen S. Brown*
**GALEN S. BROWN**

4

dismissing the claims of the plaintiffs against the defendants.

Dated: October 23, 2013

s/DeWayne L. Williams
WILLIAM D. AARON, JR. (LBSA #2267) T.A.
DeWAYNE L. WILLIAMS (LBSA #27685)
201 ST. CHARLES AVENUE, SUITE 3800
NEW ORLEANS, LOUISIANA 70170
Telephone: (504) 569-1800
Facsimile: (504) 569-1801
Email: waaron@aaronfirm.com
       dwilliams@aaronfirm.com
**Attorneys for Defendant Orleans Parish School Board**


s/ Eraka Williams DeLarge
ERAKA WILLIAMS DELARGE, (LSB #29702)
ASSISTANT CITY ATTORNEY
evwilliams@nola.gov


CASHAUNA M. HILL, (LSB #34385)
ASSISTANT CITY ATTORNEY
cmhill@nola.gov


KIMLIN S. LEE (LSB #23188)
DEPUTY CITY ATTORNEY
kslee@nola.gov


CHURITA H. HANSELL, (LSB #25694)
INTERIM CHIEF OF LITIGATION
chhansell@nola.gov

3

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon the counsel of record for all parties by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and by depositing same in the United States Mail, postage prepaid and property addressed, this 23rd day of October, 2013, to the following non-CM/ECF participant:

Tom Weems
56009 Hwy 433
Slidell, Louisiana 70461

_____
**GALEN S. BROWN**
